UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA, DIVISION

RICHARD UTRIA
#183499.
        PLAINTIFF,

Vs.                          CASE ⚹ 5:33-CV-00175-TKW-MJF

DEPARTMENT OF
CORRECTIONS.                 DATE : 7/5/2023
A.M. MELVIN.
J.M. SANTIAGO.
ROBERT GOULD.
MITCHELL D. BROWN.
COURTNEY L. BRANCH.
        DEFENDANTS,

Local Mail
Provided by Florida State Prison on
7-5-23 for mailing by R. RC

## TITLE OF PLEADING

   I HEREBY PLAINTIFF RICHARD UTRIA⚹183499 PRO-SE
AND IS FILING THIS TITLE OF PLEADING FROM A COMPLAINT
FOR VIOLATION OF CIVIL RIGHTS AGAINST (FDOC) AND STAFF
MEMBERS AT APALACHEE C.I.E/u.
AS I STATE IN THE BODY OF THIS PLEADING TO REQUEST TO THIS
COURT OF THE FOLLOWING STATEMENTS:

   I PRAY FOR GENERAL RELIEF AS A RESULT IAM
SUFFERING FROM FORMS OF MENTAL ILLNESS, ANGUISH.
DEPRESSION WITH SUICLDAL THOUGHTS. AND OTHER DAMAGES
THAT CANT BE EXPLAIN BY THE THINGS I HAVE EXPERIENCED
AT (FSP). IAM ASKING AND PRAYING TO THIS COURT TO BE
TRANSFER AS SOON AS POSSIBLE TO ANOTHER FACILITIES THAT
HOUSESS 50 AND OVER INMATES AND WITH NO GANG MEMBERS.
OUT OF FEAR THAT MY lIFE MAY BE IN DANGER BY STAFF AND
GANGS AT THIS INSTITUTION.

FILED USDC FLND PN
JUL 10 '23 PM2:46

IM AISO REQUEST JUDGMENT AGAINST (FDOC) AND AII DEFENDANTS FOR DAMAGES OF MENTAL ANGUISH, DUE PROCESS VIOLANTION, FAISE STATEMENTS, FALSIFING DOCUMENTS, WRONGFUL INCARCERATION, AND OR FALES INPRISONMENT, FOR THE AMOUNT OF $180,080⁰⁰, AND $180⁰⁰ FOR EACH DAY IN CLOSE MANAGEMENT STATUS FROM 7/20/2022. AND AISO THE COSTE OF SUIT AND ANY OTHER AND FURTHER RELIEF AS THE COURT MAY DEEM PROPER.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING, TITLE OF PLEADING, HAS BEEN FURNISHED BY REGUIAR U.S. MAIL TO COUNSEL DEFENDANT ATTORNEY AT THE STATE ATTORNEYS OFFICE: 100 NORTH PALAFOX ST PENSACOLA, FL. 32502. ON THIS DATE: 7/5/2023

CASE# 5:33-CV-00175-TKW-MJF.

RICHARD UTRIA
#183499 M/U
FLORIDA STATE PRISON
PO. BOX 800
RAIFORD, FL. 32083-0800

PAGE 2 OF 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA, DIVISION

RICHARD UTRIA.
183499.
      PLAINTIFF,

Vs.

DEPARTMENT OF
CORRECTIONS
      DEFENDANT,

CASE ＊5:33-CV-00175-TKW-MJF.

DATE: 7/5/2023.

## AMENDED EXHIBITS OF GRIEVANCE PROCEDURES

   I PLAINTIFF RICHARD UTRIA #183499. PRO-SE AT THIS
TIME WILL LIKE TO AMENDED All EXHIBITS OF THE GRIEVANCE
PROCEDURES THAT WAS FILED AGAINST (FDOC) AT (ACI)-(FSP)
IN THIS CASE #5:33-CV-00175-TKW-MJF. TOBE FILIED TO
THE NORTHERN DISTRICT COURT FOR EVIDENCE.

#183499 M/U
FLORIDA STATE PRISON
PO. BOX 800
RAIFORD, FL. 32083-0800

PAGE 1 OF 2.

# INDEX

EXHIBIT (A) (1 OF 2).
1). C.M. RECOMENDATION REPORT.
2). C.M. HEARING REPORT.

GRIEVANCE PROCEDURES
AT THE INSTITUTIONAL LEVEL

EXHIBIT (B) (1 OF 7).
INFORMAL GRIEVANCE. I.C.T.
1) *102-2208-0047. RETURNED.
2) *102-2208-0154. DENIED.
3) *102-2208-0245. RETURNED.         LEVEL (1)
4) *102-2209-0005. RETURNED.
5) *102-2209-0094. DENIED.
6) *102-2209-0181. DENIED.
7) *205-2209-0475. DENIED.

EXHIBIT (C) (1 OF 5).
GRIEVANCE. WARDEN.
1) *2208-102-129. DENIED.
2) *2208-102-150. DENIED.
3) *2209-102-047. DENIED.            LEVEL (2)
4) *2209-102-084. DENIED.
5) *2210-205-125. RETURNED.

EXHIBIT (D) (1 OF 11)
GRIEVANCE. SECRETARY (FDOC).
1) *22-6-24242. NO ACT.
★ 2) *22-6-25887. APPROVED.    7). #22-6-29093. NO ACT.
3) *22-6-26121. DENIED.        8). #22-6-30133. DENIED.
4) *22-6-26774. NO ACT.        9). #22-6-30827. NO ACT.      LEVEL (3)
5) *22-6-26779. DENIED.        10). #22-6-30836. NO ACT.
6) *22-6-27132. NO ACT.        11). #2208-102-029. APPROVED. ★

EXHIBIT

A1-A2

C.M. RECOMENDATION REPORT: 8/1/2022

AND

C.M. HEARING REPORT: 8/10/2022

ISSO250
ISS 25

FLORIDA DEPARTMENT CORRECTIONS

PAGE:  1

REPORT OF CLOSE MANAGEMENT, DC6-233C

** SCO DECISION **

| DC# | : 183499 | NAME | : UTRIA, RICHARD | EXT.STA | : ACTIVE | TRD | : 01/15/2046 |
|---|---|---|---|---|---|---|---|
| W/M | | CUR.LOC: APALACHEE EAST UNIT | | CUSTODY | : CLOSE | TEAM | : 05 |
| PROCESS TYPE: REFERRAL | | WK.ASG.: CONFINEMENT-ADMIN/OTHER | | BED | : Y3115L | INTERNAL STATUS: AC - PEND PROT EVAL | |
| TOT #DR | : 35 | #DR PER: N/A | | #CAT I DR: | 1 | LAST CAT I DR : | |
| CUR ES DSG : NO | | LAST ES DSG : | | #ES DSG : | | | |

----------------------------------------------------------------------------------------------

*** SECTION I.  REFERRAL FOR ASSIGNMENT TO CLOSE MANAGEMENT

   DATE OF REFERRAL:  08/01/2022   TIME:  19:38    FACILITY:  APALACHEE EAST UNIT

   REFERRAL BY:      BRANCH, COURTNEY L
   STAFF ASSAULT CONV: NO

*CLO RECOMMENDATION: REC. FOR CM I
*BASIS:
AN ACT CAUSING INJURY OR AN ACT WHICH COULD HAVE RESULTED IN INJURY TO ANOTHER (1).
*RECOMMENDATION COMMENTS:
   INMATE UTRIA, RICHARD DC# 183499 IS BEING RCOMMENDED FOR CM1 BASED OFF OF AN INCIDENT THAT OCCURED ON JULY 20, 2022 AT
   APPROX. 2210 HOURS. IN OPEN BAY P-DORM WING 2 STAFF OBSERVED A GROUP OF INMATES IN AN ALTERCATION INVOLVING WEAPONS. THERE
   WERE NO STAFF INVOLVED AND THERE WERE 9 INMATES IDENTIFIED UTILIZING THE CAMERA SYSTEM. INMATES GADDIS, CHARLES DC# 127714
   RECIEVED SERIOUS INJURIES CONSISTING OG A LACERATION FROM THE CHIN TO THE SIDE OF THE FACE, INMATE GADDIS WAS SENT OUT
   VIA EMS DUE TO LIFE THREATENING INJURIES. INMATE WILLIAMS, BRANDON DC# 130662 SUSTAINED INJURIES CONSISTING OF A LACERATION
   TO THE BACK RIGHT SHOLDER AND LEFT SHOULDER BLADE. INMATE CURRIE, DEVON DC#A51859 SUSTAINED INJURIES CONSISTING OF A PUNCTURE
   WOUND TO THE NECK, CHEST AND BACK. ALL INMATES WERE INVOLVED IN MUTUAL COMBAT K86552 RODRIQUEZ, WILSON, B10151 RENTAS,
   RASCUAL, M53592 RODRIGUEZ, LUIS, 127714 GADDIS, CHARLES, 130662 WILLIAMS, BRANDON A51859 CURRIE, DEVON, S71334 PEDRO,
   ALFREDO X92075 PARKER, CODY, AND 183499 UTRIA, RICHARD. WEAPONS WERE RECOVRED. DUE TO THE SEVIRITY OF THIS INCIDENT AND
   RRT HAVING TO BE ACTIVATED IT IS RECOMMENDED THAT INMATE UTRIA, RICHARD DC# 183499 BE RECOMMENDED FOR CM1 THIS INCIDENT
   WAS BELIEVED TO BE STG RELATED.

----------------------------------------------------------------------------------------------

*** SECTION II.  NOTICE OF CLOSE MANAGEMENT REVIEW

   YOU ARE HEREBY NOTIFIED THAT YOU SHALL RECEIVE A REVIEW BY THE INSTITUTIONAL CLASSIFICATION TEAM NO EARLIER THAN 48 HOURS
   FROM THE TIME THIS NOTICE IS DELIVERED.  YOU ARE PERMITTED TO SUBMIT INFORMATION TO THE TEAM VERBALLY OR IN WRITING
   REGARDING THE CONSIDERATION OF PLACEMENT ON CLOSE MANAGEMENT STATUS.

   NOTICE DELIVERED BY: BRANCH, COURTNEY L      DATE: 08/04/2022   TIME: 06:55

----------------------------------------------------------------------------------------------

*** SECTION III.  INSTITUTIONAL CLASSIFICATION TEAM HEARING

   DATE:              08/09/2022   TIME:    06:24   FACILITY:   APALACHEE EAST UNIT

   CHAIRPERSON:            SANTIAGO, J.M.
   MEMBERS:               BROWN, MITCHELL D.            MELVIN, A.M.
   I/M WAIVED 48 HOUR NOTICE:  NO
   STAFF ASSISTANCE:       NONE
   WHO:
   INMATE PRESENT:         YES
   EXTENSION GRANTED:      NO

   THE FOLLOWING ASSESSMENTS WERE REVIEWED AND CONSIDERED:
      DC6-128 CM REFERRAL ASSESSMENT    08/02/2022

   DISCIPLINARY CONFINEMENT:                    NOT IN DC STATUS
   INMATE PROVIDED COPY OF THE REVISED OFFER OF JUDGEMENT:  NO

```
    DC#         : 183499      NAME    : UTRIA, RICHARD          EXT.STA  : ACTIVE      TRD          : 01/15/2046
    W/M                       CUR.LOC: APALACHEE EAST UNIT      CUSTODY  : CLOSE       TEAM         : 05
    PROCESS TYPE: REFERRAL    WK.ASG.: CONFINEMENT-ADMIN/OTHER  BED       : Y3115L     INTERNAL STATUS: AC - PEND PROT EVAL
    TOT #DR     : 35          #DR PER: N/A                      #CAT I DR:  1          LAST CAT I DR :
    CUR ES DSG  : NO          LAST ES DSG :                     #ES DSG   :
```

---

        INMATE PROVIDED COPY OF ICT RECOMMENDATION:               YES

*ICT RECOMMENDATION:     REC. FOR CM I
*BASIS FOR RECOMMENDATION:
INMATE WAS PRESENT FOR CM HEARING. INMATE DID NOT NEED STAFF ASSISTANCE. INMATE DID NOT MAKE AS STATEMENT. ICT CONCURS
WITH CLO RECOMMENDATION INMATE UTRIA, RICHARD DC# 183499 IS BEING RCOMMENDED FOR CM1 BASED OFF OF AN INCIDENT THAT OCCURED
ON JULY 20, 2022 AT APPROX. 2210 HOURS. IN OPEN BAY P-DORM WING 2 STAFF OBSERVED A GROUP OF INMATES IN AN ALTERCATION
INVOLVING WEAPONS. THERE WERE NO STAFF INVOLVED AND THERE WERE 9 INMATES IDENTIFIED UTILIZING THE CAMERA SYSTEM. INMATES
GADDIS, CHARLES DC# 127714 RECIEVED SERIOUS INJURIES CONSISTING OG A LACERATION FROM THE CHIN TO THE SIDE OF THE FACE,
INMATE GADDIS WAS SENT OUT VIA EMS DUE TO LIFE THREATENING INJURIES. INMATE WILLIAMS, BRANDON DC# 130662 SUSTAINED INJURIES
CONSISTING OF A LACERATION TO THE BACK RIGHT SHOLDER AND LEFT SHOULDER BLADE. INMATE CURRIE, DEVON DC#A51859 SUSTAINED
INJURIES CONSISTING OF A PUNCTURE WOUND TO THE NECK, CHEST AND BACK. ALL INMATES WERE INVOLVED IN MUTUAL COMBAT K86552
RODRIQUEZ, WILSON, B10151 RENTAS, RASCUAL, M53592 RODRIGUEZ, LUIS, 127714 GADDIS, CHARLES, 130662 WILLIAMS, BRANDON A51859
CURRIE, DEVON, S71334 PEDRO, ALFREDO X92075 PARKER, CODY, AND 183499 UTRIA, RICHARD. WEAPONS WERE RECOVERD. DUE TO THE
SEVIRITY OF THIS INCIDENT AND RRT HAVING TO BE ACTIVATED IT IS RECOMMENDED THAT INMATE UTRIA, RICHARD DC# 183499 BE RECOMMENDED
FOR CM1

---

*** SECTION IV.  STATE CLASSIFICATION OFFICE REVIEW

        DATE:       08/10/2022      TIME:     10:38      SCO MEMBER:    GOULD, ROBERT

        THE FOLLOWING ASSESSMENTS WERE REVIEWED AND CONSIDERED:
             DC6-128 CM REFERRAL ASSESSMENT   08/02/2022     Y

        DISCIPLINARY CONFINEMENT:    NOT IN DC STATUS
        INMATE INTERVIEWED:          NO

*DECISION:             APPROVED CM I
*BASIS FOR CLOSE MANAGEMENT DECISION, IF APPLICABLE:

# EXHIBIT

# B

# 1 OF 7

## INFORMAL BRIEVANCE TO CLASSIFICATION

## LEVEL 1

(B1) EXHIBIT LEVEL 1

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
**INMATE REQUEST**

Mail Number: ___
Team Number: **#5**
Institution: **A.C.I. E/4**

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☑ Other **I.C.T.** |

| FROM: | Inmate Name **UTRIA, RICHARD** | DC Number **183499** | Quarters **Y.3115L** | Job Assignment / | Date **8/5/22** |

**REQUEST** — Check here if this is an informal grievance ☑

on 7/20/2022. in P2 dorm I was assaulted by gang members with weapons. I sustained bloody injuries Laceration from a "box" cutter to the Right side of my head and a black eye from when I was Nock out to the ground. please note that I am 52 years old and I am NOT involved in any gang's. See video NO weapon was seen or found on me on the day of my assault. I was also not given any D.R. Report on me. I'am on A.C. and pending P.M. because I am in fear and my life was and still is in danger. I dont understand why im being Recommend to C.M.1. when I was the one that was assaulted, if anything I should call for self defense. I also have a complaint pending against gang members and Staff. for more informenion please see: FORMAL GRIEVANCE LOG # 2208-102-029, this is an ongoing problem because of the charges I have.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _Richard Cotria_     DC#: **183499** INFORMAL

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**     DATE RECEIVED: AUG 05 2022     Apalachee C.I. Warden's Office

102-2208-0087     02C

This grievance is being returned as you are in non-compliance with the grievance procedure. The grievance procedure does not allow for you to grieve a recommendation for close management. If you are approved for close management, you will have 15 days from the date of the approval to grieve the approval. Grievance 102-2208-0087 Returned.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _Returned_ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): S Smithlgo | Official (Signature): S Smithlgo | Date: 08/04/22 |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)
Incorporated by Reference in Rule 33-103.005, F.A.C.

(B2) EXHIBIT LEVEL 2
STATE CLASS!

## INMATE REQUEST

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

Mail Number: _____
Team Number: #5
Institution: ACI, E/U

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☑ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☑ Other SCO. |
|---|---|---|---|---|

| FROM: | Inmate Name<br>UTRIA, RICHARD | DC Number<br>183499 | Quarters<br>Y3115L | Job Assignment | Date<br>8/10/22 |
|---|---|---|---|---|---|

**REQUEST** CM. RECOMMENDATION APPEAL.   Check here if this is an informal grievance ☑

on July 20, 2022 at approx 2210 hours In Open Bay P-dorm Wing 2
staff members Never Stated ever Seeing Inmate Utria, R 183499
with a weapon in hand or any weapon was Never found on or
Next to Utria, R. the dorm Video and staff members Never seen
Utria, R assault or have any Involvement In gang Related
Issue. In fact Utria, R was assaulted by gang members with weapons
Utria Sustained bloody injuries laceration from a box-cutter to the
Right Side of Utria, R head and a black eye from when he was Nock
out to the ground. this Act caused injuriey or an Act which could
have ResuLted in an deadly injury look at medical Records this
institution failed to put that on their Report, and if anything this should
have been a case of self-defense.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): R. Richard Utria | DC#: 183499 |
|---|---|

INFORMAL

**DO NOT WRITE BELOW THIS LINE**

## RESPONSE

DATE RECEIVED: AUG 11 2022

102-2208-0154          0 DC          Apalachee C.I. Warden's office

Classification staff were interviewed
and stated, during the investigation, it
was determined that you were involved
in the incident and were observed in
mutual combat with other participants
of the incident. Grievance 102-2208-
0154 Denied.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____Denied_____. (Returned, Denied, or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): J Smith, co | Official (Signature): J Smith co | Date: 08/15/22 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as
required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no
later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

B-3  EXHIBIT LEVEL 1
ICT-STATE CLASS

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**
**INMATE REQUEST**

Mail Number: _____
Team Number: #5
Institution: ACI, E/u

| TO:<br>(Check One) | ☐ Warden<br>☐ Asst. Warden | ☐ Classification<br>☐ Security | ☐ Medical<br>☐ Mental Health | ☐ Dental<br>☑ Other ICT-STATE CLASS |
|---|---|---|---|---|

| FROM: | Inmate Name<br>UTRIA, RICHARD | DC Number<br>183499 | Quarters<br>Y3115L | Job Assignment<br>— | Date<br>8/17/22 |
|---|---|---|---|---|---|

**REQUEST**   PAGE(1 OF 2)                    Check here if this is an informal grievance ☑

Staff Addmministration of DOC At Apalachee C.I. E/u propisly
falsified docuements to commdate A close management Recommendati
Report to be Approved. on July 20, 2022, At Approx. 9210 hours, in open
Bay P-Wing 2 dorm. an unKnown Staff members. Stated on 8/3/2022 of
the close management DC6-233C Recommendation Report from
ICT-STATE CLASS. unknown staff stated observed A group of 9
inmates 3 of which Received inJurys. unknown staff stated weapons
were Recoverd and was believe to be S+G Related. the only Report filed
in this incident was the Recommendation for C.M 1. there was No
Disciplinary Report Never filed against inmate UTRIA, R #183499.
there are No names of any Staff on any Report to determent what staff
seen the incident. please See Page 2 for more info ➝ ATTACH ➝

All requests will be handled in one of the following ways:  1) Written Information or  2) Personal Interview.  All
informal grievances will be responded to in writing.

Inmate (Signature): _Richard Utria_          DC#: 183499          INFORMAL

---

**DO NOT WRITE BELOW THIS LINE**

**RESPONSE**                              DATE RECEIVED: AUG 17 2022

102-2208-0245          OZC          Apalachee C I Warden's Office

This grievance is being returned as you are in non-
compliance with the grievance procedure. The
grievance procedure does not allow for you to grieve a
recommendation for close management. If you are
approved for close management, you will have 15 days
from the date of the approval to grieve the approval.
Grievance 102-2208-0245 Returned.

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____Returned_____. (Returned, Denied, or Approved). If your informal grievance is denied,
you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

Official (Print Name): J Smith Co       Official (Signature): J Smith Co       Date: 08/18/22

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as
required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no
later than 15 days after the grievance is responded to.  If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

and what staff wrote the Report unknown staff Never stated seeing utria,R with A weapon of any kind in hand or A weapon was Never found on or Next to utria,R. staff failed to state where if any weapons were found, and what staff found the weapons. please Note that utria is Not A gang member, and is not involved in any gang what so ever. this administration failed to Report that on July 20, 2022 in P2 Dorm inmate utria,R was Attack and assaulted by thess same gang members utria,R had suffered bloody Jurys to the Right side of his head Laceration from A weapon. and was Nockout to the ground from A punsh that Resulted on A black eye. please see Medical Records. on July 20, 2022.

this Administration is falsifieing docuements and holding back true informenion of this Report to commdate Confinment & close mangement Recommendation.

No D.R of the incident was Never filed on this incident. No names of any officers staff members on any Report. there is only one(1) Report filed on this incident that is the Recommendation Report for CM(1) this is the only paper work Report filed inmate utria Never Received any other paper work or Report of any kind this violates his constitutional Right to due process crim pro u.s const Amend VI ~~XIV~~ XIV.

this is NOT An Appeal this is A complaint.    8/17/2022

UTRIA, RICHARD
#183499
ACI-E/U Y3115L

(B4) EXHIBIT LEVEL-1

**INMATE REQUEST**

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: #5
Institution: ACI - B/4

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☑ Other |
| --- | --- | --- | --- | --- |

Other: I C T

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
| --- | --- | --- | --- | --- | --- |
| | Utria, Richard | 183499 | Y3115 | | 9/1/22 |

**REQUEST**                    Check here if this is an informal grievance ☑

on 8/1/2022. this administration Recommend me to (CMI)
I never Recived A (D,R) ?

I was never charge with An Act causing injury or an Act
which could have Resulted in injury to Another.

I would like to Know why I Never Recived A (D.R) for
the incident that occured on 7/20/2022, P2 dorm,

All requests will be handled in one of the following ways: 1) Written Information or   2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Richard Utria        DC#: 183499  INFORMAL

**DO NOT WRITE BELOW THIS LINE**

SEP 0 1 2022

**RESPONSE**                    DATE RECEIVED: _____

Apalachee C.I Warden's office

102-2209-0005

YOUR GRIEVANCE IS BEING RETURNED
WITHOUT PROCESSING BECAUSE YOU ARE
USING THE GRIEVANCE PROCESS TO ASK A
QUESTION, SEEK INFORMATION, GUIDANCE OR
ASSISTANCE PER 33-103.014(1)(V). SUBMIT AN
INMATE REQUEST TO CLASSIFICATION WITH
YOUR QUESTIONS. GRIEVANCE 102-2209-0005
RETURNED.

gps

[The following pertains to informal grievances only:]

Based on the above information, your grievance is _____ Returned _____ (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): J Smith, CO | Official (Signature): J Smith CO | Date: 090222 |
| --- | --- | --- |

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

# INMATE REQUEST

Mail Number: _____
Team Number: **#5**
Institution: **ACI - E/u**

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☑ Other **I C I** |
|---|---|---|---|---|

| FROM: | Inmate Name | DC Number | Quarters | Job Assignment | Date |
|---|---|---|---|---|---|
| | Utira, Richard | 183499 | Y3115L | | 9/8/22 |

## REQUEST

Check here if this is an informal grievance ☑

Iam in confinment against my will because I was Never charged or given A (D.R) and or was Never found guilty of "An act causing injury on own act which could have Resulted injury to Another"

this is in violation of due process of crim procedures of an incident that occured on 7/20/2022 at P2 dorm.

All requests will be handled in one of the following ways: 1) Written Information or 2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): _Richard Utira_    DC#: **1834** ~~INFORMAL~~

---

### DO NOT WRITE BELOW THIS LINE

SEP 08 2022

## RESPONSE

102-2209-0094

DATE RECEIVED: Apalachee C.I. Warden's office

Classification staff were interviewed and stated, you initially requested protection in addition to being placed in confinement under investigation. The investigation determined that you were involved in the incident that occurred on 7/20/22, and thus were recommended for CM. A CM recommendation does not have to be based on DR history; any documented incident can be the basis for a close management recommendation. You are now approved CM status and will remain in confinement until you transfer to a close management facility. Grievance 102-2209-0094 Denied.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is ___denied___. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): J Santiyco | Official (Signature): J Santiyco | Date: 090922 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

B6   EXHIBIT LEVEL 1

# INMATE REQUEST

### STATE OF FLORIDA
### DEPARTMENT OF CORRECTIONS

Mail Number: _____
Team Number: #5
Institution: A C 3 - E/U

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☐ Classification Security | ☐ Medical ☐ Mental Health | ☐ Dental ☑ Other  I.C.T. |
|---|---|---|---|---|

| FROM: | Inmate Name Utria, Richard | DC Number 183499 | Quarters Y3115L | Job Assignment | Date 9/14/22 |
|---|---|---|---|---|---|

**REQUEST.** See log# 22-6-25887          Check here if this is an informal grievance ☑

on 9/7/2022. my appeal against (CM1) Recommendation and approveal
was approved. for falsifieing documents and falLure to take the proper
steps at the institunial level before Recommending and approving
me to (CM1) without first following procedures, under the requrement of
procedure 33-101.001(2), which mandates toe overall aperatiorts of
tue department shall be governed by ch. 33. RAC. and it's procedures
Due process Rights requife petitioner are entitled to a fair and
unblased procedural process to the rules and under the 14th amend of
the u.s. constitution and provisions of Fl. const. Article (I) section (9)
an agency (FDOC) must comply with it's own Rule. Buffa v. Singletry
62 sB 2885 (FL. 1st DCA 1995). See Log# 22-6-25887. APPROVED

All requests will be handled in one of the following ways: 1) Written Information or  2) Personal Interview. All informal grievances will be responded to in writing.

Inmate (Signature): Richard Utria          DC#: 183499

---

**DO NOT WRITE BELOW THIS LINE**          INFORMAL

## RESPONSE

102-2209-0181

DATE RECEIVED: SEP 14 2022

Routing to C.  Warden's office

Log# 22-8-25887 was only approved so the Institution
could reissue you a response. Your appeal for CM1 was
not approved. You were entitled to a fair and unbiased
hearing on 08-09-2022, where you were approved for
CM1 due to your actions. The Institution has 30 days to
provide you with another response. Grievance 102-
2209-0181 Denied.

jcb

[The following pertains to informal grievances only:]
Based on the above information, your grievance is _____ Denied _____: (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.]

| Official (Print Name): J Sawicyco | Official (Signature): J Sawicyco | Date: 09/6/22 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DCS 236 (Effective 11/13)

*ICT (B) EXHIBIT (MSR)*

*I C T EXHIBIT (MSR LEVEL)*

**INMATE REQUEST**

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

*O2C class*

Mail Number: _____
Team Number: #6
Institution: FSP-M/u

| TO: (Check One) | ☐ Warden ☐ Asst. Warden | ☑ Classification ☐ Security | ☐ Medical ☐ Mental Health | ☐ Dental ☑ Other *TEAM # 6. ICT* |
|---|---|---|---|---|

| FROM: | Inmate Name *Utria, Richard* | DC Number *183499* | Quarters *D112B* | Job Assignment | Date *9/26/22* |
|---|---|---|---|---|---|

**REQUEST** *See log# 22-6-25887*     Check here if this is an informal grievance ☑

on 9/7/2022, my appeal against (CM) Recommendion was APPROVED, for failure to take the proper steps at the institutional level before Recommending and approving me to (CM) without first following procedures of due process, the administration at apalachee (CI E/u) did not even considered to give me a Disciplinary hereing on the incident that occured on 7/20/2022. They by-pass a D.R. hereing and went to Recommendion and approval to (CM) without finding me guilty of any wrong doing, the institution was Required to follow procedures under the Requirement or procedure 33-101.001(2). which mandates the overall aperations of the department shall be governed by ch. 33, RAC. ant its procedures Due process Rights Require petition are entitled to a fair and unbiased procedural process to the Rules and under the 14th Amend of the u.s. const, Artcle (I) section (9) of (FDOC) must comply with it's own Rents. Buffa v. singletny 62 so. 2d 885 (FL. 1st DCA 1995) see Attachment

All requests will be handled in one of the following ways: 1) Written Information or    2) Personal Interview. All informal grievances will be responded to in writing.

| Inmate (Signature): | DC#: *183499* | (PAGE 1 OF 2) |
|---|---|---|

---

**DO NOT WRITE BELOW THIS LINE**     ~~RECEIVED~~

**RESPONSE** 205-2209-0475    DATE RECEIVED: SEP 26 2022

A review of log# 22-6-25887 reflects it was approved based on complaints against the but it was not an appeal regarding your cm placement. your current status of cm is in accordance with policy and procedure.

[The following pertains to informal grievances only:]

Based on the above information, your grievance is **Denied**. (Returned, Denied, or Approved). If your informal grievance is denied, you have the right to submit a formal grievance in accordance with Chapter 33-103.006, F.A.C.

| Official (Print Name): **L. McCullough** | Official (Signature): | Date: 9/28/22 |
|---|---|---|

Original: Inmate (plus one copy)
CC: Retained by official responding or if the response is to an informal grievance then forward to be placed in inmate's file
This form is also used to file informal grievances in accordance with Rule 33-103.005, Florida Administrative Code.

Informal Grievances and Inmate Requests will be responded to within 15 days, following receipt by staff.
You may obtain further administrative review of your complaint by obtaining form DC1-303, Request for Administrative Remedy or Appeal, completing the form as required by Rule 33-103.006, F.A.C., attaching a copy of your informal grievance and response, and forwarding your complaint to the warden or assistant warden no later than 15 days after the grievance is responded to. If the 15th day falls on a weekend or holiday, the due date shall be the next regular work day.

DC6-236 (Effective 11/18)

Incorporated by Reference in Rule 33-103.005, F.A.C.

# EXHIBIT

# C

## 1 OF 5

### GRIEVANCE TO THE WARDEN

### LEVEL 2

C1

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse

**2208·102.129**

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Utria, Richard | | | 183499 | Apalachee CI, E/U |
|---|---|---|---|---|
| Last | First | Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**

on 8/15/2022, in the informal grievance Request form c.m. Recommendation Report (B.C.O) stated. interviewing unknown staff members and determined I was involved in mutual combat subzero see grievance: # 102-2208-0154.

① there is No names of any Staff officer's on any Report to determent what staff seen the incident and what staff wrote the Report? or what staff seen me with a weapon on me and or Next to me and what staff stated finding A Weapon?

② there is only and (1) Report filed on this incident No Disciplinary Report of any Kind was filed Exact the c.m. Recommendation Report with No names of any Staff's on the Report to state the Claim.

③ the Recommendation Report failed to state that I am A victim in the case. I was assaulted that Resulted in a bloody Injurys to the Right side of my head Laceration from A weapon. I also was Nockout to the ground from A punsh that left me with A black eye.

④ No D.R. was Never filed. No names of any staff member's on any Report. the only incident Report given to me was the c.m. Recommedation Report. this is in violation of my constitntional Right of due process. crim pro U.S. const Amend VI XIV.

| 8/19/2022 | Y31151 | | 183499 |
|---|---|---|---|
| DATE | | | SIGNATURE OF GRIEVANT AND D.C. # |

AUG 19 2022
Apalachee C.I. W.

---

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

| 8 | R.U |
|---|---|
| # | Signature |

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: _____     Institutional Mailing Log #: _____ _____
                              (Date)                                                              (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.



# PART B - RESPONSE

| UTRIA, RICHARD | 183499 | 2208-102-129 | APALACHEE EAST UNIT | Y3115L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy or Appeal has been reviewed, evaluated, and responded to as follows: Custody decisions, and institutional and program assignments are made in accordance with security interests and the program and treatment needs of the inmate. These decisions are based on the professional judgment and correctional experience of staff involved. Your approval for placement in Close Management has been through your own behavior. Your record reveals that you have demonstrated the inability to live in the general population without abusing the rights and privileges of other inmates or disturbing the security, order or operation of the institution.

Grievance Denied

Should you feel your grievance has not been satisfactorily resolved at the institutional level, you may submit an appeal to the Office of the Secretary, Bureau of Inmate Grievances, 501 South Calhoun St., Tallahassee, Florida 32399-2500 within 15 calendar days of this institutional response using the Request for Administrative Remedy or Appeal Form.

| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 8/23/22 DATE |
|---|---|---|

FLORIDA DEPARTMENT OF CORRECTIONS

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse  2208·102·150

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Utria, Richard | 183499 | Apalachee CI-E/U |
|---|---|---|
| Last    First    Middle Initial | DC Number | Institution |

this is NOT APPEAL this is A
COMPLAINT ◄———         Part A – Inmate Grievance

the administration of (D.O.C) at apalachee c.i. E/U. staff members falsified documents to commdate and approved close mangement(1) Recommendation. on July 20, 2022. At Approx, 2210 hours. in open Bay P-dorm wing 2. unknown staff members stated on 8/3/2022 of there DC6-233C. Report that staff observed a group of 9 inmates 3 of wich Received injurys. unknown staff stated weapons were Recieved and was believed to be (S.T.G) Related. there is No names of any staff officers members on any Report to determent what staff seen the incident and what staff wrote the Report. there was No Disciplinary. Report ever filed. against utria,R. in this incident. unknown staff never stated seeing utria,R with a weapon in hand or a weapon was never found on or nex to utria,R. also note that utria is not involved an any gang what so ever this institution failed to Report and state that on July 20.2022 in P2 dorm that Utria,R was attack and assaulted he had suffered bloody injury to the Right side of his head Laceration from a BOX cutter and was Nockout to the ground from a punch that Resulted an a black eye see medi Records on July 20,2022. this administration is falsifieing documents and is holding back the truth informenion of this Report to commdate confinment and close mangement(1) Recommendation. No Disciplinary Report of the incident was Never Filed. No names of any officers staff on any Report. there is only one(1) Report filed on this incident that is the Recommendation Report afor Cm(1). this is the only paper work. about this incident ever given to Utria this Violates his constitutional Rights of due process Crim pro U.S Const Amend VI XIV.

| 8/22/2022  Y3/5L | Richard Utria 183499 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

2                                    #  1      Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the


## PART B - RESPONSE

| UTRIA, RICHARD | 183499 | 2208-102-150 | APALACHEE EAST UNIT | Y3115L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

our Request for Administrative Remedy or Appeal has been reviewed, evaluated, and responded to as follows:
Custody decisions, and institutional and program assignments are made in accordance with security interests and the program and treatment needs of the inmate. These decisions are based on the professional judgment and correctional experience of staff involved. Your approval for placement in Close Management has been through your own behavior. Your record reveals that you have demonstrated the inability to live in the general population without abusing the rights and privileges of other inmates or disturbing the security, order or operation of the institution.

Grievance Denied

Should you feel your grievance has not been satisfactorily resolved at the institutional level, you may submit an appeal to the Office of the Secretary, Bureau of Inmate Grievances, 501 South Calhoun St., Tallahassee, Florida 32399-2500 within 15 calendar days of this institutional response using the Request for Administrative Remedy or Appeal Form.

8/23/22
DATE

SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE



C2  EXHIBIT E WARDEN 2

## PART B - RESPONSE

| UTRIA, RICHARD | 183499 | 2208-102-150 | APALACHEE EAST UNIT | Y3115L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

AMENDED RESPONSE

Your Request for Administrative Remedy or Appeal has been reviewed, evaluated, and responded to as follows: Staff did not purposely falsify documents as you allege to accommodate a Close Management recommendation to be approved. Staff documented what occurred in an incident that you participated in on 7/20/22 where several inmates sustained multiple injuries. You were recommended for Close Management because of your actions. You do not have to receive a disciplinary report to be recommended for Close Management. There was no violation of your due process rights you were given a hearing where you were allowed to dispute this recommendation and after review the State Classification Officer approved the recommendation for you to be transferred to a CM facility.

Grievance Denied

Should you feel your grievance has not been satisfactorily resolved at the institutional level, you may submit an appeal to the Office of the Secretary, Bureau of Inmate Grievances, 501 South Calhoun St., Tallahassee, Florida 32399-2500 within 15 calendar days of this institutional response using the Request for Administrative Remedy or Appeal Form.

_____
SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

9/14/22
DATE

EXHIBIT (C3)

C3

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse

2209·102·047

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

_Utria, Richard_
Last    First    Middle Initial

_183499_
DC Number

_Apalachee C.I.-E/4_
Institution

---

**Part A – Inmate Grievance**

I was Approved for (EMI) but I was Never charged
OR given A (DR) and OR was Never found guilty of
any charges.

this is in VIOLATION of due process of crim procedures

I am in confinment against my will with NO (D.R)!



**PART B - RESPONSE**

| UTRIA, RICHARD | 183499 | 2209-102-047 | APALACHEE EAST UNIT | Y3115L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy or Appeal has been reviewed, evaluated, and responded to as follows:  CM approval is based on several different areas, you do not have to have a disciplinary report to be recommended for CM. Your CM was approved due to the incident that occurred on 7/20/2022.  You will remain in your current status in confinement until you are transferred to a CM facility.

Grievance Denied

Should you feel your grievance has not been satisfactorily resolved at the institutional level, you may submit an appeal to the Office of the Secretary, Bureau of Inmate Grievances, 501 South Calhoun St., Tallahassee, Florida 32399-2500 within 15 calendar days of this institutional response using the Request for Administrative Remedy or Appeal Form.

|  |  | 8/13/22 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

(C4)

☐ Third Party Grievance Alleging Sexual Abuse

**2209·102·084**

TO: ☑ Warden ☐ Assistant Warden ☐ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

| Utria, Richard | 183499 | Apalachee CI - E/U |
|---|---|---|
| Last First Middle Initial | DC Number | Institution |

### Part A – Inmate Grievance

On 9/7/2022. my appeal was approved. see log#22-6-25887. and once an appeal is approved by the Secretary. FL of (DOC). it agrees with the whole issues in the complaint.

my grievance was not asking for a proper Response by this institution, my complaint on the grievance form was against this institution for falsifieing and violating my constitutional Rights of due process. and of crim pro.

I was never given a fair procedural process to the Rules and under the 14th Amend of the U.S. const and provisions of the Fl. const. Artvcle(I) section(9) an agency (FDOC) must comply with its own Rule Buffa V. singleteng 62 so. 2d 885 (FL. 1st DCA 1995).

this addministration faild to follow the proper steps at the institutional level to face and here any statements of any witness to determine what witness seen me with a weapon or if a weapon was ever found on or around me, there are No names on any staff member's or witness on any Report. the Report only tell's about Injurys. it does not state what Inmates did what?

under the requrement or procedure 33-101.001 (2) which mandates tue overall aperations of the department shall be governed by ch. 33. RAC. and it's procedures due process Rights Requires petitiones are entitled to a fair and unbiased procedural process to the Rule. this institution did not take the proper steps at the institutional level. I was Never found guilty of any wroung doing No D.R.

**FORMAL**

| 9/16/2022 Y3115L | SEP 16 2022 | [signature] 183499 |
|---|---|---|
| DATE | Apalachee C.I. Warden's office | SIGNATURE OF GRIEVANT AND D.C. # |

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

2

☒ 1 [signature]
# Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled to chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on: SEP 30 2022 Institutional Mailing Log #: 2209205301 0

(Date)

[signature] (Received By)

DISTRIBUTION: INSTITUTION/FACILITY          CENTRAL OFFICE
INMATE (2 Copies)                            INMATE
INMATE'S FILE                                INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE                 CENTRAL OFFICE INMATE FILE
                                             CENTRAL OFFICE GRIEVANCE FILE

C1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.



## PART B - RESPONSE

| UTRIA, RICHARD | 183499 | 2209-102-084 | FLORIDA STATE PRISON | D1128S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy or Appeal has been reviewed, evaluated, and responded to as follows:  Your belief as to why your appeal to Central Office (#22-6-25887) was approved by them is misguided; Central Office approved your appeal as you declared to them that formal grievance #2208-102-150 was not a CM appeal but a complaint against staff.  In their approval they gave the institution an opportunity to provide you with an "amended" response to formal grievance #2208-102-150 because they felt the original response did not address your complaints against staff and you have been provided with that "amended" response.  Their approval of your appeal in no way approved you to be taken off of a Close Management transfer or for the process to be re-initiated.  You were recommended and approved for Close Management because of your actions. You do not have to receive a disciplinary report to be recommended for Close Management. There was no violation of your due process rights you were given a hearing where you were allowed to dispute this recommendation and after review the State Classification Officer approved the recommendation for you to be transferred to a CM facility.

Grievance  Denied

Should you feel your grievance has not been satisfactorily resolved at the institutional level, you may submit an appeal to the Office of the Secretary, Bureau of Inmate Grievances, 501 South Calhoun St., Tallahassee, Florida 32399-2500 within 15 calendar days of this institutional response using the Request for Administrative Remedy or Appeal Form.

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 9/21/2022 DATE |

C5

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☑ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

| UTRIA, RICHARD | 183499 | Florida State Prison Main Unit |
|---|---|---|
| Last   First   Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**

Evidence: giving false testimony and statements. and wrongful
Incarceation and/or coercion of other to do the same, as a Result of
Actual innocence. the Actions were based on intentional conduct, that
the division of Adimministrative hearing. who violated my due process
Right of criminal procedures.
By by-passing and placing me in (AC) status. and approing me to (cm)
without a disciplinary hearing, of the Rules of conduct to Accommedate
a Recommendation Report to Close management (one 1).
the (cm) Report was based on ("an act causing injury or an act which
could have Resulted in injury to another.")

I was Never charged or found guilty of any Disciplinary infraction
of the act of injury to another. No names on the Report of any witnesses
or staff members that was or could have been involved in the day of the
incident this determined the lack of the Report.
wrongful incarceation after the Department of (DOC) failed to take
action after my grievance complaint was APPROVED ON 8/17/2022
See log # 22-6-24242.  ← i have not Received a Response!
the basic for my compaint was falsifing document and false statements
to Accommodate an approval for cm Recommendation. as a Result
I Request Judgment against the depratment of (DOC) to be Release from
(cm) and to be place in general population with Restoration of all Rights
and privileges or this will Result in legal matters outside the (DOC) which
ever comes first.

| 10/21/2022 | | Richard [signature] 183499 |
|---|---|---|
| DATE | 2210 205 125 | SIGNATURE OF GRIEVANT AND D.C. # |

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

☐2                    Team                    Q 1    K. U.
                                                #         Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the Institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the Institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

| Submitted by the inmate on: | OCT 2 6 2022 | Institutional Mailing Log #: | [signature] |
|---|---|---|---|
| | (Date) | | (Received By) |

DISTRIBUTION:
INSTITUTION/FACILITY          CENTRAL OFFICE
INMATE (2 Copies)             INMATE
INMATE'S FILE                 INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE  CENTRAL OFFICE INMATE FILE
                             CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.


## PART B - RESPONSE

| UTRIA, RICHARD | 183499 | 2210-205-125 | FLORIDA STATE PRISON | D1128S |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative remedy has been received, reviewed, and evaluated. The response provided in Informal Log# 205-2210-0431 is addressed in accordance with Chapter 33-103.014(1)(e), Reason for Return of Grievance or Appeal without Processing. A formal or informal grievance was not received with 15 calendar days of the date on which the action being complained about occurred. Your CM placement was approved on 8/10/2022, making you out of timeframe to grieve this action.

Based on the foregoing, your request for administrative remedy is returned.

V. Lee,SCLO

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 10/25/22 DATE |

OCT 25 2022

# EXHIBIT

# D

## 1 OF 11

GRIEVANCE, TO SECRETARY (FDOC)

LEVEL 3

D3

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

SEP 0 1 2022

Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| UTRIA, Richard | 183499 | Apalachee CI. E/u |
|---|---|---|
| Last     First     Middle Initial | DC Number | Institution |

---

Part A – Inmate Grievance

22-6-26121

on July 20, 2022 I was assaulted by gang members with weapons that Resulted in bloody injurys laceration to the Right side of my head and A black eye from when I was Nockout to the ground.

this Act caused injury or an Act which could have Resulted an deadly injury

this is my secound time assaulted by gang members

| 8/25/2022 Y3115L | Richard Utria 183499 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:

0 , R. U.
#        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

FORMAL

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _AUG 25 2022_
(Date)
Apalachee CI Mail Room

Institutional Mailing Log #: 20-853

2A
10 2

(Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION./FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)         Incorporated by Reference in Rule 33-103.006, F.A.C.



MAILED/FILED
WITH AGENCY CLERK

SEP 02 2022

Department of Corrections
Bureau of Inmate Grievance Appeals

EXHIBIT EXAL 3

## PART B - RESPONSE

| **UTRIA, RICHARD** | **183499** | **22-6-26121** | **APALACHEE EAST UNIT** | **Y3115L** |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received, reviewed, and evaluated.

Your request for protection and subsequent investigation has been reviewed by this office. We uphold the Institutional Classification Team and State Classification Officer decision to deny you protective custody at this time. You have provided no substantial evidence to show a need for special protective measures above and beyond our normal security operations.

State Classification Officer states placement in a Close Management facility will resolve you need for protection at Apalachee CI.

Based on the foregoing information, your appeal is denied.

Z. Culpepper

_____
SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

*Z. Culpepper*
SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

9-1-22
DATE

(D4) **EXHIBIT LEVEL 3** REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

**RECEIVED**
SEP 06 2022
Department of Corrections
Inmate Grievance Appeals

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden ☐ Assistant Warden ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

UTRIA, RICHARD                183499          Apalachee C.I. E/4
Last   First   Middle Initial          DC Number            Institution

Part A – Inmate Grievance                    22-6-26774

① No incident or Discplinary Report was Never filed of the inicident.

② the only Report filed was the (CM) Recommendation Report.

③ there is No names of any staff members on the (CM) Recommendation Report to determined what staff seen Utria, R. with weapons in his hand on the day of the incident. this is in violation of my constitutional Rights of due process.

④ this instiution failed to state that Iam A victim in this case. I was assaulted that Resulted in bloody injurys.

this administration falsified documents to commdate an approval for close mangement.

8/26/2022 Y3115L                    _Richard Utria_ 183499
DATE                              SIGNATURE OF GRIEVANT AND D.C. #

***BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**    &1  R.U.
                                                    #   Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

FORMAL                Receipt for Appeals Being Forwarded to Central Office        2208-102-129

Submitted by the inmate on: AUG 29 2022   Institutional Mailing Log #: 22-8-005    _____
                  (Date)                                              (Received By)
Apalachee C.I. Warden's office

DISTRIBUTION:    INSTITUTION/FACILITY        CENTRAL OFFICE
                 INMATE (2 Copies)           INMATE
                 INMATE'S FILE               INMATE'S FILE - INSTITUTION/FACILITY        2c (102)
                 INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
                                             CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)           Incorporated by Reference in Rule 33-103.006, F.A.C.



*EXHIBIT CLEVEL 3*

MAILED/FILED
WITH AGENCY CLERK

SEP 2 3 2022

Department of Corrections
Bureau of Inmate Grievance Appeals

## PART B - RESPONSE

| UTRIA, RICHARD | 183499 | 22-6-26774 | FLORIDA STATE PRISON | D1128S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received and referred to the Bureau of Classification Management, who provided the following:

Your appeal is being returned in non-compliance with Chapter 33-103.014(1)(m), in that, your issue(s) were appropriately addressed in appeal log #22-6-26779.

Based on the foregoing, your appeal is being returned with no further action taken.

T. Bowden

_____
SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

*T. Bowden*
SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

9/21/22
DATE

D5 EXHIBIT LEVEL 3

Classified

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

UTRIA, RICHARD          183499          Apalachee CI, E/4
Last    First    Middle Initial          DC Number          Institution

RECEIVED
SEP 06 2022
Bureau of Inmate Grievance Appeals

**Part A – Inmate Grievance**

CM, Recommendation Appeal.          22-6-26779

On July 20, 2022, at approx 2210 hours in open bay P-dorm wing 2 unknown staff member's never stated ever seeing Utria, R with a weapon in hand or any weapon was never found on or next to Utria, R of this incident.

This instiution failed to State that utria, R was assaulted by gang member's that sustained bloody injury; with laceration to the Right side of my head, and A blackeye from when t was Nock-out to the ground.

there is No names of any staff members on any Report to determent what staff seen the incident and what staff wrote the Recommendation Report

No Disiplinary Report was ever Filed to state A chaim this is in violation of due process. in the instiution level.

8/29/2022  Y31151          Richard Utria 183499
DATE          SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

1    R. U.
#          Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

2208-102-129

Submitted by the inmate on: 08/29/22          Institutional Mailing Log #: _____          _____
(Date)          (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE | |
|---|---|---|---|
| | INMATE (2 Copies) | INMATE | 2c (102) |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY | |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE | |
| | | CENTRAL OFFICE GRIEVANCE FILE | |

DC1-303 (Effective 11/13)          Incorporated by Reference in Rule 33-103.006, F.A.C.



*EXHIBIT LEVEL 3*

MAILED/FILED
WITH AGENCY CLERK

SEP 2 3 2022

Department of Corrections
Bureau of Inmate Grievance Appeals

## PART B - RESPONSE

| UTRIA, RICHARD | 183499 | 22-6-26779 | FLORIDA STATE PRISON | D1128S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received and referred to the Bureau of Classification Management, who provided the following:

Your Close Management status was reviewed in accordance with Chapter 33-601.800, F.A.C. The Classification Officer and the ICT recommended Close Management I. The State Classification Office reviewed the recommendation and approved you for Close Management I. You have not shown that the Report of Close Management included inaccurate information. Your placement in Close Management is not solely based on disciplinary reports you may or may not have received, it also includes any incidents that occurred where you were involved. When the ICT and SCO determine that you no longer pose a security threat, your Close Management will be reduced.

Based on the foregoing, your appeal is denied.

T. Bowden

---

| | *T. Bowden* | 9/21/22 |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | DATE |

EXHIBIT Level
D6
Case 4:... -cv-00175-... REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL ...07/1... Page 36 of 52
RECEIVED
SEP 12 2022
Department of Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden    ☐ Assistant Warden    ☑ Secretary, Florida Department of Corrections
From or IF Alleging Sexual Abuse, on the behalf of:

UTRIA , RICHARD        183499        Apalachee C.I , E/U
Last    First    Middle Initial        DC Number        Institution

Part A – Inmate Grievance        22-6-27132

I am by passing the institution level because this
addministration is not Responding to any of my
Grieancess forms
this addministration held back the Report that I was
Approved to (CM1). 17 days before sending me a copy of
the Report that I was Approved to (CM1) this is way Past
the dead line to APPEAL, from 8/10/2022 to 8/26/2022.
Please See: the CM Recommendation Report Attach to
this grievance form.
on 8/1/2022. (I.C.T) held A hereing to Recommended me
to (CM1) I was Never called to the hereing. I was never
present at the hereing See: AUDIO - AVIDEO on 8/9/2022
At 06:24 hours in Y3115L Dorm.
(I.C.T) approved me to (CM1) without first following the
proper procedures of due process they where Required
to Filed A incident Report (D.R.) with the names of all
staff witness involved in the incident (I CT) did not follow
these procedures they violated due process there was
NO Disciplinary Report or incident Report ever Filed
and NO names of any staff members that was
involved in the incident. I was Never given the changes
to confrount any of the witness or make a statement
at the (I C T) hereing. (I C T) Never called for me to be at
the Recommendation hereing.

9/6/2022  Y3115L        Richard Utri +183499
DATE        SIGNATURE OF GRIEVANT AND D.C. #

*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:    Ø , R. U.
# Signature

INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: 09/06/22        Institutional Mailing Log #: _____    _____
(Date)        (Received By)

DISTRIBUTION:    INSTITUTION/FACILITY        CENTRAL OFFICE        2c (102)
        INMATE (2 Copies)        INMATE'S FILE - INSTITUTION/FACILITY        (D6)
        INMATE'S FILE        CENTRAL OFFICE INMATE FILE
        INSTITUTIONAL GRIEVANCE FILE        CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)        Incorporated by Reference in Rule 33-103.006, F.A.C.



D6

MAILED/FILED
WITH AGENCY CLERK

SEP 16 2022

Department of Corrections
Bureau of Inmate Grievance Appeals

## PART B - RESPONSE

| UTRIA, RICHARD | 183499 | 22-6-27132 | APALACHEE EAST UNIT | F0145D |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has not been filed in compliance with Chapter 33-103.006, Inmate Grievance Procedure. You did not provide this office with a copy of the formal grievance filed at the institutional level as required by rule or the reason you provided for by-passing that level of the grievance procedure is not acceptable.

Our records reflect that all formal grievances received from you have been responded to and returned to you.

Based on the foregoing information, your appeal is returned without action.

C. NEEL

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 09/13/2022 DATE |

D7 EXHIBIT LEVEL 3

## FLORIDA DEPARTMENT OF CORRECTIONS
## REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL

**RECEIVED**

SEP 27 2022

☐ Third Party Grievance Alleging Sexual Abuse

AMENDED RESPONSE

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

Department of Corrections
Inmate Grievance Appeals

From or IF Alleging Sexual Abuse, on the behalf of:

| Utira, Richard | 183499 | Apalachee c1 - E/u |
|---|---|---|
| Last   First   Middle Initial | DC Number | Institution |

log# 2208-102-150      Part A – Inmate Grievance     22-6-29093

this Institution has failed to show where in the constitution OR in ch. 33 it States that the Institution does not need to follow there own procedures of due process by-passing the levels of the Institution that it Requires to follow by law. I was not given a fair procedural process to the Rule under the 14th Amend of the u.s. const and provision of fl. const. Article (I) section (9) an ageney (FDOC) must comply with it's own Rules Buffa v. singleting 62 so. 2d 885 (FL. 1st DCA 1995). I was Never found guilty of any chargeses against me because I Never Received a (D.R.) and by law of the Rules of (FDOC) and the u.s. const. was Require to take the proper steps at the instinlional level before any other Action can be taken. under the Requrement or procedure in ch. 33-101.001 (2). which mandates tue overall aperations of the department shall be governed by ch. 33. RAC. and it's procedures due process Rights Requires petitiones are entitied to a fair and unbiased procedural process to the Rule. this Institution was Required by law and issue me a (D.R) and if found guilty then they can Recommend me to (CM). this admminstration failed to and violated my Rights of procedures and due process. it's like not being found guilty of a crim but sent to prison anyways. I was not given the change to call any witness on my behalf at & (D.R.) hereing this Act is in Violation of my const Rights of crim procedures. No names of any staff members on any Report and or any witness.

| 9/16/2022 Y2115L | Richard U 183499 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**   X̄ 1   K.u

\#    Signature

### INSTRUCTIONS

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

2208-102-150

Submitted by the inmate on: 09/16/22    Institutional Mailing Log #: _____   _____
(Date)                                                                                  (Received By)

2c (102)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)      Incorporated by Reference in Rule 33-103.006, F.A.C.

EXHIBIT LEVEL 3

MAILED/FILED
WITH AGENCY CLERK

OCT 0 7 2022

Florida Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| UTRIA, RICHARD | 183499 | 22-6-29093 | FLORIDA STATE PRISON | D1128S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative review has been received and evaluated. Your grievance was received in non-compliance with FAC Chapter 33-103.014(1)(g), in that you did not attach the DC1-303 form for the formal grievance.

You may re-file your appeal to this office with the required attachment if within the allowable time frame (date the response to the formal grievance was returned). Attach a copy of this response to your re-filed appeal.

Based on the foregoing information, your grievance is returned without action.

C. NEEL

---

SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

10/04/2022
DATE

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED

OCT 11 2022

Department of Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| _Utria, Richard_ | _183499_ | _FLORIDA STATE PRISON_ |
|---|---|---|
| Last    First    Middle Initial | DC Number | Institution |

Part A – Inmate Grievance        22-6-30133

my complaint and appeal to log# 22-6-25887, was approved by secretary of (FDOC). on the appeal face it stated falsifieing documents. failure to take the proper steps at the institutional level before Recommending me to (CM) (ACI) was Require to do a proper investigation and issue me a D.R. and give me the opportunity to call any witnessess and statements that may haved help me on my Behalf. for the charge of :

("An act causing or act which could have Resulted in injury to another one").

this is a charge that Requires disciplinary punishment and the admminsitration at (ACI) violated due process of criminal procedures. I was Never found guilty of any chargesess against me. the admminstration was Required to follow process and procedures under the Requrement or procedures 33-101.001(2). which mandates the overall Requirement of the department shall be governed by ch. 33. R.A.C. and it's procedures Due process Rights Require petition are entitled to a fair and unbiased procedural process to the Rule and under the 14th Amend of the u.s. const. Avtrcle (I) section (9) of (FDOC) must comply with it's own Rule. Buffa v. singletny 62 so. 2d 885 (Fl, 1st DCA-1995).

this admminstration cannot show on ch. 33 where it states that they have Rights to by-pass procedures of due process. and once an appeal has been approved it agrees with the whole issues on the complaint form. my grievance was not asking for a proper Response by the institution my complaint was against the institution for falsifieing and violating my const Rights of due process and of crim pro. see log# 22-6-25887.

| 9/30/2022 | _Richard Utria 183499_ |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**        _0_ , _1_      _R. U_
                                                                                    #        Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

|  | Receipt for Appeals Being Forwarded to Central Office | 2209-102-084 |
|---|---|---|
| SEP 30 2022 | | |
| Submitted by the inmate on: | Institutional Mailing Log # 220920530 11 | |
| (Date) | | (Received By) |
| | | 9f (205) |

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)        Incorporated by Reference in Rule 33-103.006, F.A.C.



MAILED/FILED
WITH AGENCY CLERK

OCT 19 2022

Department of Corrections
Bureau of Inmate Grievance Appeals

## PART B - RESPONSE

| UTRIA, RICHARD | 183499 | 22-6-30133 | FLORIDA STATE PRISON | D1128S |
| --- | --- | --- | --- | --- |
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been reviewed and evaluated. The response that you received at the formal level has been reviewed and is found to appropriately address the concerns that you raised at the institutional level as well as the Central Office level.

Your administrative appeal is denied.

C. NEEL

_____                _____          10/14/2022
SIGNATURE AND TYPED OR PRINTED NAME OF          SIGNATURE OF WARDEN, ASST.                   DATE
EMPLOYEE RESPONDING                             WARDEN, OR SECRETARY'S
                                                REPRESENTATIVE

(D9) EXHIBIT LEVEL-3

RECEIVED
OCT 17 2022
AMENDED RESPONSE
Department of Corrections
Inmate Grievance Appeals

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☐ Third Party Grievance Alleging Sexual Abuse        LOG# 22-6-25887

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

Utria, Richard _____        183499          FLORIDA STATE PRISON
Last   First   Middle Initial              DC Number              Institution
                                                              22-6-30827

AMENDED RESPONSE        Part A – Inmate Grievance    LOG# 22-6-25887

on 9/7/2022. my appeal was approved and Referred back to the warden at (ACI) for appropriate handling and Action. See log# 22-6-25887.

at this time the institution haves not provied me with any Action or Response. its been over 30 days and the adminnistration haves failed to take Action. on the orders

my appeal was based on falisfieing documents. false statements by unknown staff memenbers. with holding information. and failure to issue a Disciplinary charges. and hearing. and for failure to follow the proper steps at the institution level and for not doing a proper inestigation. before Recommending me to (cm).

I was never found guilty of any chargesses that the Recommendation Report was based on ("An act causing injury or an act that could have Resuilted in injury to another").

in ch. 33-601.800 (3)(b). it states to be considered of (cm) who haves completed disciplinary confinement and found guilty of the charges Alleged of the final decision Regarding (cm) placement.

this is in violation of a fair and unbiased procedural process. under the Requerment or procedure ch. 33-101.001 (2). which mandates the overall aperations of the department shall be governed by ch. 33. R.A.C. and it's procedures of due process Rights to the Rule and under 14th Amend of the u.s. constitution and procedures of FL. const. Artrcle (I). section (9). (FDOC) must comply with it's own Rules.

im being held against my will at FSP-M/u and is asking to be Release from (cm). do to a violation of my Rights to due process and criminal proceduries.

10/10/2022
DATE

Richard Utria 183499
SIGNATURE OF GRIEVANT AND D.C. #

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

Ø 1    R.U
#      Signature

**INSTRUCTIONS**

his form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, orida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

then the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled to apter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and ocessed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the stitution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the ievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office
bmitted by the inmate on: OCT 1 2022 _____
                               (Date)

Institutional Mailing Log #: 210203110

(Received By)

DISTRIBUTION:   INSTITUTION/FACILITY        CENTRAL OFFICE
                INMATE (2 Copies)           INMATE
                INMATE'S FILE               INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE CENTRAL OFFICE INMATE FILE
                                            CENTRAL OFFICE GRIEVANCE FILE

Incorporated by Reference in Rule 33-103.006, F.A.C.

2C (205)
(D9)

C1-303 (Effective 11/13)



MAILED/FILED
WITH AGENCY CLERK

OCT 26 2022

Department of Corrections
Bureau of Inmate Grievance Appeals

**PART B - RESPONSE**

| UTRIA, RICHARD | 183499 | 22-6-30827 | FLORIDA STATE PRISON | D1128S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has not been filed in compliance with Chapter 33-103.006, Inmate Grievance Procedure. You did not provide this office with a copy of the formal grievance filed at the institutional level as required by rule or the reason you provided for by-passing that level of the grievance procedure is not acceptable.

Our records reflect that an amended response to formal grievance log #2208-102-150 was completed and mailed to you on 09/15/2022.

Upon receipt of this response, if you are within the allowable time frames for processing an appeal, you may resubmit your appeal to Central Office in compliance with Chapter 33-103, Inmate Grievance Procedure. Attach a copy of this response to your re-filed appeal.

Based on the foregoing information, your appeal is returned without action.

C. NEEL

_____
SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

_____
SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

10/21/2022
DATE

RECEIVED
10/10/2022

EXHIBIT LEVEL 3

**FLORIDA DEPARTMENT OF CORRECTIONS**

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

AMENDED RESPONSE
LOG# 2208-102-150

RECEIVED
OCT 7 2022

☐ **Third Party Grievance Alleging Sexual Abuse**

TO: ☐ Warden   ☐ Assistant Warden   ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of:

VITRIA, RICHARD _____ 183499 _____ Florida State Prison Main Unit
Last   First   Middle Initial _____ DC Number _____ Institution

---

**Part A – Inmate Grievance**   22-6-3035

the institution at Apalachee c.i-E/u has failed to show where in the const
or in ch.33. that it states that administartion does not have to follow
there own procedures of due process. by by-passing the levels of the
institution that Requires to follow by law. I was not given a fair procedural
process to the Rule under the 14th Amend of the us. const and provision of
FL. const. Artrcle (I) section (9),(FDOC) must comply with its own Rules
Buffa v. singleting 62 So. 2d 885 (FL. 1st DCA 1995). I was Never found
guilty of any charges against me because I Never Received a Discipinary
charge. I was plit on administrative confinement under investigation
Review status, after being in AC status 7/20/2022 to 8/10/2022 I was
Reccommend at and approved in 21 days, they where Required to take the proper
steps at the institutional level before any other action can be taken under the
Requirement or procedure in ch.33-101.001(2) which mandates the overall
aperations of the department shall be governed by ch. 33, R.A.C. and its
procedures of due process Rights Requires to a fair and unblased procedural
process to the Rule. the institution was Required by law and issue me a (DR)
and if found guilty of the charges alleged, then they can Reccommend me to
(CM) this admministration failed to and violated my Rights of procedures
and due process. I was not given the change to call any witness on my behalf
at a (DR) hearing to determined if im guilty of the charge alleged this act
is in violation of my const Rights of crim procedures.

I am asking to be Release from CM and be transfer to general
population.

10/12/2022          RECEIVED          Richard A—  183499
DATE              10/10/2022          SIGNATURE OF GRIEVANT AND D.C. #

**BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**   0 / 1   R.V.
                                                                            #      Signature

---

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

2208-102-150

Submitted by the inmate on: OCT 12 2022      Institutional Mailing Log #: 2210205/203

(Date)                                                                       (Received By)

DISTRIBUTION:   INSTITUTION/FACILITY       CENTRAL OFFICE            2c (102)
                INMATE (2 Copies)          INMATE
                INMATE'S FILE              INMATE'S FILE - INSTITUTION/FACILITY
                INSTITUTIONAL GRIEVANCE FILE   CENTRAL OFFICE INMATE FILE
                                            CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)        Incorporated by Reference in Rule 33-103.006, F.A.C.



OCT 26 2022

Department of Corrections
Bureau of Inmate Grievance Appeals

## PART B - RESPONSE

| UTRIA, RICHARD | 183499 | 22-6-30835 | FLORIDA STATE PRISON | D1128S |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for administrative appeal has been received in non-compliance with Chapter 33-103.014(i), which states that the appeal must be received in the Office of the Secretary within fifteen calendar days from the date the response to the formal grievance is returned to the inmate.

Therefore, your appeal is being returned without action.

C. NEEL

| | | |
|---|---|---|
| SIGNATURE AND TYPED OR PRINTED NAME OF EMPLOYEE RESPONDING | SIGNATURE OF WARDEN, ASST. WARDEN, OR SECRETARY'S REPRESENTATIVE | 10/21/2022 |
| | | DATE |

(DII)

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

☑ **Third Party Grievance Alleging Sexual Abuse**     2208·102·029

TO: ☐ Warden   ☐ Assistant Warden   ☐ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| UTRIA, RICHARD | 183499 | Apalachee C.I. E/u |
|---|---|---|
| Last    First    Middle Initial | DC Number | Institution |

---

**Part A – Inmate Grievance**

on 7/20/2022 at 9:50 P.M. in P2 dorm I was assaulted by gang members with weapons that Resulted in bloody injurys to the Right side of my head with homemade box cutters.

and on 8/2/2022 some of the inmates being tranfer from Y dorm. A.C. to Q dorm D.C. confiement stated to me that I can Run but I cant hi from RAPING ME because of my sex charges.

this is the thrid time at this institution with the same problems and issues. with inmates and officers alike. I had made a complaint against officers and gang members. and was tranfer to the same Region at columbia C.I Min e/unit 3/20/2018. and after being at CCI m/u for just three 3 days I was assaulted by two 2 officers: J.R. HARPER and J.J. JOHNSON on 3/23/2018. there is a Law suit still pending. after that I was tranfer to the same Region again C.M. FLORIDA STATE PRISON Min e/unit at F.S.P one 1 of the officers was telling gang member's about my sex charges. so I made a complaint against the officer and after putting my life in danger on 2020. I was ones again tranfer to the same Region WALLTON C.I. and after being there for a few months I was assaulted again and stavd by a gang member. so I made a complaint and was tranfer back to the same Region and same prison where it all started A C.I. E/u. on 2022. some of the still Remember me that work at the WEST and EAST unit. and on June 2022 officer DUNAWAL stated to me that he was going to get inmates to assault me please see video and oideo at 9:00 A.M. Q 4110L. I made complaint's against this officer but this institution failed to Respons and it been over 30 day's

| 8/4/2022. Y3115L | Richard Utria 183499 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

---

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**

100

8 / [signature]

# / Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

**Receipt for Appeals Being Forwarded to Central Office**

Submitted by the inmate on:_____   Institutional Mailing Log #:_____   _____

(Date)                                                                                                          (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

DC1-303 (Effective 11/13)        Incorporated by Reference in Rule 33-103.006, F.A.C.

**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
AUG 15 2022
Department of Corrections
Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden  ☐ Assistant Warden  ☑ Secretary, Florida Department of Corrections

From or **IF Alleging Sexual Abuse**, on the behalf of:

| UTRIA , RICHARD | 183499 | APALACHEE CI, E/4 |
|---|---|---|
| Last    First    Middle Initial | DC Number | Institution |

Part A – Inmate Grievance   22-6-24242

**CM. Recommendation APPEAL.**

on July 20, 2022, at approx 2210 hours in open Bay P-Dorm wing 2. Staff members Never Stated ever seeing Utria, R with a weapon in hand or any weapon was Never found on or next to Inmate Utria, R. 183499, of an incident that caused injury to Utria, R the act which could have Resulted in jury to another one, this institution failed to State that Utria, R was assaulted by gang members with weapons that sustained bloody injurys with laceration from a box-cutter to the right side of my head and a black eye from when I was nock out 4o the ground. I am NOT a gang member of any kind. I do not have a DiR, pending I am on A.C. and pending (PPM). I was assaulted by gang members and if anything I should call on Self-defense. I also have a complaint against gangs and staff members. for more info please see: Grievance Log #2208-102-029. this is an on going problem because of the charges I have.

| 8/10/2022   Y3115L | Richard Utria 183499 |
|---|---|
| DATE | SIGNATURE OF GRIEVANT AND D.C. # |

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**   & 1

\#   Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office

Submitted by the inmate on: _____  Institutional Mailing Log #: 20-802   _____
(Date)                                                                        (Received By)

| DISTRIBUTION: | INSTITUTION/FACILITY | CENTRAL OFFICE |
|---|---|---|
| | INMATE (2 Copies) | INMATE |
| | INMATE'S FILE | INMATE'S FILE - INSTITUTION/FACILITY |
| | INSTITUTIONAL GRIEVANCE FILE | CENTRAL OFFICE INMATE FILE |
| | | CENTRAL OFFICE GRIEVANCE FILE |

2c (102)

DC1-303 (Effective 11/13)       Incorporated by Reference in Rule 33-103.006, F.A.C.

MAILED/FILED
WITH AGENCY CLERK

AUG 2 4 2022

Department of Corrections
Bureau of Inmate Grievance Appeals

## PART B - RESPONSE

| UTRIA, RICHARD | 183499 | 22-6-24242 | APALACHEE EAST UNIT | Y3115L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your request for Administrative Remedy or Appeal has not been filed in compliance with Chapter 33-103.006, Inmate Grievance Procedure. You did not provide this office with a copy of the formal grievance filed at the institutional level as required by rule or the reason you provided for by-passing that level of the grievance procedure is not acceptable.

Upon receipt of this response, if you are within the allowable time frames for processing a grievance, you may resubmit your grievance at your current location in compliance with Chapter 33-103, Inmate Grievance Procedure.

Based on the foregoing information, your appeal is returned without action.

C. NEEL

---

SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

08/17/2022
DATE

D2 EXHIBIT

**FLORIDA DEPARTMENT OF CORRECTIONS**
**REQUEST FOR ADMINISTRATIVE REMEDY OR APPEAL**

RECEIVED
AUG 29 2022
Department of Corrections
Bureau of Inmate Grievance Appeals

☐ Third Party Grievance Alleging Sexual Abuse

TO: ☐ Warden ☐ Assistant Warden ☑ Secretary, Florida Department of Corrections

From or IF Alleging Sexual Abuse, on the behalf of: Utria, Richard    183499    Apalachee CI-E/u
Last    First    Middle Initial    DC Number    Institution

Part A – Inmate Grievance    22-6-25887

what does my behavior have anything to do with this institution falsifieing documents and of the proper steps at the institutional level and for failure to do A proper investigation. of due process.

this administration is falsifieing documents and with holding back true information of this Report to commdate close mangement Recommendation.

false statements by unknown staff member's on the cmR Report. No names of any officer's on any Report to determined what officers seen what? there is No officers name to determine who found any weapons of any Kind.

there is No Disciplinary Report ever filed of the incident or against utria,R. and or any other inmates.

this instituton did not follow the proper steps at the institutional level to do A proper inestigation to face the officer's at a D.R hereing per chapter 33-103-014.violateion of my constitutional Right to due process. cpim pro u.s, const Amend VI XIV

Please Note this is A complaint NOT AN APPEAL !

8/24/2022 Y3115L
DATE

Richard U 183499
SIGNATURE OF GRIEVANT AND D.C. #

**\*BY SIGNATURE, INMATE AGREES TO THE FOLLOWING # OF 30-DAY EXTENSIONS:**    2  R.U.
#    Signature

**INSTRUCTIONS**

This form is used for filing a formal grievance at the institution or facility level as well as for filing appeals to the Office of the Secretary in accordance with Rule 33-103.006, Florida Administrative Code. When an appeal is made to the Secretary, a copy of the initial response to the grievance must be attached (except as stated below).

When the inmate feels that he may be adversely affected by the submission of a grievance at the institutional level because of the nature of the grievance, or is entitled by Chapter 33-103 to file a direct grievance he may address his grievance directly to the Secretary's Office. The grievance may be sealed in the envelope by the inmate and processed postage free through routine institutional channels. The inmate must indicate a valid reason for not initially bringing his grievance to the attention of the institution. If the inmate does not provide a valid reason or if the Secretary or his designated representative determines that the reason supplied is not adequate, the grievance will be returned to the inmate for processing at the institutional level pursuant to F.A.C. 33-103.007 (6)(d).

Receipt for Appeals Being Forwarded to Central Office    2208-102-150

Submitted by the inmate on: 08/24/22    Institutional Mailing Log #: _____
(Date)

(Received By)
10g (102)
(N/A)

DISTRIBUTION:    INSTITUTION/FACILITY    CENTRAL OFFICE
INMATE (2 Copies)    INMATE
INMATE'S FILE    INMATE'S FILE - INSTITUTION/FACILITY
INSTITUTIONAL GRIEVANCE FILE    CENTRAL OFFICE INMATE FILE
CENTRAL OFFICE GRIEVANCE FILE

DC1-303 (Effective 11/13)    Incorporated by Reference in Rule 33-103.006, F.A.C.

D2

MAILED/FILED
WITH AGENCY CLERK
SEP 0 7 2022

Department of Corrections
Bureau of Inmate Grievance Appeals



*EXHIBIT D161*

## PART B - RESPONSE

| UTRIA, RICHARD | 183499 | 22-6-25887 | APALACHEE EAST UNIT | Y3115L |
|---|---|---|---|---|
| NAME | NUMBER | GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your administrative appeal has been received, evaluated, and referred to the Warden for appropriate handling and action.

The institution will be providing you with a response once their review is completed.

If you feel that the institutional response does not adequately resolve the issue, you may once again appeal to this office within 15 days from the date of the institutional response.

Based on this action, your appeal is approved for further inquiry.

C. NEEL

_____
SIGNATURE AND TYPED OR PRINTED NAME OF
EMPLOYEE RESPONDING

_____
SIGNATURE OF WARDEN, ASST.
WARDEN, OR SECRETARY'S
REPRESENTATIVE

09/07/2022
DATE



**PART B - RESPONSE**

| UTRIA, RICHARD | 183499 | 2208-102-029 | APALACHEE EAST UNIT | Y3115L |
|---|---|---|---|---|
| NAME | NUMBER | FORMAL GRIEVANCE LOG NUMBER | CURRENT INMATE LOCATION | HOUSING LOCATION |

Your Request for Administrative Remedy or Appeal has been reviewed, evaluated, and responded to as follows:   The issue of your complaint has been referred to the investigative section of the Office of the Inspector General for appropriate action.  Upon completion of necessary action, information will be provided to appropriate administrators for final determination and handling. This may or may not result in a personal interview with you. As action has been initiated, you may consider your grievance approved from that standpoint. This does not constitute substantiation of your allegations.

Grievance Approved

_____              _____        8/10/2022
SIGNATURE AND TYPED OR PRINTED NAME OF           SIGNATURE OF WARDEN, ASST.              DATE
EMPLOYEE RESPONDING                              WARDEN, OR SECRETARY'S
                                                 REPRESENTATIVE

US POSTA

ZIP 32083
02 4[...]
0000385900

Mailed From A State
Correctional Institution

UTRIA, RICHARD #183499
FLORIDA STATE PRISON - MAIN/UNIT
P.O. BOX 800
RAIFORD, FL. 32083-0800

LEGAL MAIL

TO: CLERK OF COURTS
U.S. DISTRICT COURT NORTHERN
DISTRICT OF FLORIDA.
100 NORTH PALAFOX ST
PENSACOLA, FL. 32502